Kevin Sean POLK, Petitioner–
Appellant,

v.

A.L. BEELER; Alberto R. Gonzales,
Respondents–Appellees.

No. 07–7540.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 20, 2008.

Decided: May 8, 2008.

Kevin Sean Polk, Appellant Pro Se.

Before MICHAEL and TRAXLER,
Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kevin Sean Polk, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Polk v. Beeler*, No. 5:07–hc–02064–D (E.D.N.C. Sept. 28, 2007). We deny Polk's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*